UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

S. LLANIO BUSINESS SERVICE
INC. and ANA HERNANDEZ,

    Plaintiffs,

v.                                  Case No.:  2:24-cv-210-SPC-DNF

SCOTTSDALE INSURANCE
COMPANY,

    Defendant.

## **ORDER**

This matter comes before the Court on *sua sponte* review of the file. Plaintiffs S. Llanio Business Service Inc. and Ana Hernandez bring a breach of contract action against Defendant Scottsdale Insurance Company. Defendant moved to dismiss the complaint on October 1, 2025. (Doc. 29). Plaintiffs failed to timely respond to the motion. On October 23, 2025, the Court ordered the Plaintiffs to show cause by October 30, 2025, as to why this case should not be dismissed for failure to prosecute. (Doc. 32). And the Court cautioned Plaintiffs that failure to comply with the Order would result in dismissal without further notice. (*Id.*). Plaintiffs failed to comply.

It thus appears that Plaintiffs have abandoned their case, and therefore it is dismissed. *See* M.D. Fla. R. 3.10 ("A plaintiff's failure to prosecute

diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay.").

Accordingly, it is now

**ORDERED:**

1. This action is **DISMISSED without prejudice**.

2. The Clerk is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on October 31, 2025.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record